1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for William Diaz-Chavez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE RUBEN B. BROOKS)**

11 | UNITED STATES OF AMERICA,         ) Case No. 08MJ0307
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                ) **CERTIFICATE OF SERVICE**
                                      )
14 | WILLIAM DIAZ-CHAVEZ,              )
                                      )
15 |         Defendant.                )
   |_____)
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                    Respectfully submitted,

22

23 DATED:     February 8, 2008          /s/ Erica K. Zunkel
                                       **ERICA K. ZUNKEL**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for William Diaz-Chavez
25

26

27

28